# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOON PAK, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) ) v. ) ) RESTORATION ROBOTICS, INC., ) VENUS CONCEPT INC., RYAN RHODES, ) FREDERIC MOLL, JEFFREY BIRD, GIL ) KLIMAN, CRAIG TAYLOR, SHELLEY ) THUNEN, and KEITH SULLIVAN, ) ) Defendants. ) | C.A. No. 19-2237-MN<br><br>CLASS ACTION |

## STIPULATION OF DISMISSAL

**WHEREAS**, on December 6, 2019, Plaintiff Joon Pak ("Pak") filed the above-captioned putative class action complaint (the "Complaint") alleging violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 in connection with the merger between Restoration Robotics, Inc. and Venus Concept Ltd.;

**WHEREAS,** on December 10, 2019, Defendants Restoration Robotics, Inc., Venus Concept Inc., Ryan Rhodes, Frederic Moll, Jeffrey Bird, Gil Kliman, Craig Taylor, Shelley Thunen and Keith Sullivan (together, "Defendants") waived service and were served by agreement between the parties;

**WHEREAS,** on December 16, 2019, the Parties filed, and the Court approved, a Briefing Schedule for this action;

**WHEREAS,** on February 26, 2020, the Court appointed Pak Lead Plaintiff and Monteverde & Associates PC Lead Counsel for the putative class;

**WHEREAS,** on May 26, 2020, Defendants filed a Motion to Dismiss the Complaint; and

**WHEREAS,** pursuant to the Briefing Schedule, Pak's response to the Motion to Dismiss is due on July 10, 2020.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by the parties hereto, as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Pak dismisses the above-captioned action with prejudice as to his individual claims and without prejudice as to the claims of the putative class. This dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment;

2. Each party agrees to bear their own costs.

| | |
|---|---|
| **COOCH AND TAYLOR, P.A.** | **POTTER ANDERSON & CORROON LLP** |
| By: */s/ Blake A. Bennett*<br>    Blake A. Bennett (#5133)<br>    The Nemours Building<br>    1007 N. Orange St., Suite 1120<br>    Wilmington, DE 19801<br>    Tel.: (302) 984-3800 | By: */s/ Alan R. Silverstein*<br>    Peter J. Walsh, Jr. (#2437)<br>    Alan R. Silverstein (#5066)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    pwalsh@potteranderson.com<br>    asilverstein@potteranderson.com |
| *Local Counsel for Plaintiff Joon Pak* | *Local Counsel for Defendants* |
| **OF COUNSEL:** | **OF COUNSEL:** |
| **MONTEVERDE & ASSOCIATES PC**<br>Juan E. Monteverde<br>The Empire State Building<br>350 Fifth Avenue, Suite 4405<br>New York, NY 10118<br>Tel: (212) 971-1341<br>Fax: (212) 202-7880<br>Email: jmonteverde@monteverdelaw.com | **LATHAM & WATKINS LLP**<br>Matthew Rawlinson<br>Daniel R. Gherardi<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Tel: (650) 328-4600<br>Fax: (650) 463-2600<br>matt.rawlinson@lw.com<br>daniel.gherardi@lw.com |
| *Counsel for Plaintiff Joon Pak* | Gavin M. Masuda<br>505 Montgomery Street<br>Suite 2000<br>San Francisco, CA 94111 |
| Dated: July 2, 2020<br>6786064 | *Counsel for Defendants* |